429 A.2d 108

Paul, Appellant, v. Kletman.

Reargument Denied Feb. 10, 1981.

Argued June 10, 1980. Neil E. Jokelson, for appellant; Joel Feldscher, for appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

The order of the lower court is affirmed.